IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-261-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NATALIE BAKER LYNCH, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motions to reduce her sentence pursuant to 18 U.S.C. § 3582 [D.E. 66, 67]. The response is due not later than October 23, 2015.

SO ORDERED. This **24** day of August 2015.

JAMES C. DEVER III
Chief United States District Judge