## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## DOCKET NO. 5:13-CR-261-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Natalie Baker Lynch** | ) | |
| | ) | |

On May 19, 2014, Natalie Baker Lynch appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina. Upon an earlier plea of guilty to Conspiracy to Distribute and Possession With the Intent to Distribute 280 Grams or More of Cocaine Base (Crack), a Quantity of Cocaine, and a Quantity of Marijuana, 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), the court sentenced Lynch to the custody of the Bureau of Prisons for a term of 132 months. Additionally, the court ordered that Lynch be placed on supervised release for 60 months upon release from imprisonment. Natalie Baker Lynch was released from custody and the term of supervised release commenced on September 17, 2021.

From evidence presented at the revocation hearing on February 4, 2022, the court finds as a fact that Natalie Baker Lynch, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served. Upon release from custody, the defendant will be placed on supervised release for the remainder of the previously imposed term of supervision under all previously imposed standard and special conditions.

**IT IS FURTHER ORDERED** that the defendant participate in the HOPE Court program.

**IT IS FURTHER ORDERED** that the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

**IT IS FURTHER ORDERED** that the defendant shall participate in a cognitive behavioral program as directed by the probation office.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 14th day of February, 2022.

_____
James C. Dever III
U.S. District Judge