UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-261-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER FOR SIX (6) |
| | ) | HOUR CUSTODY RELEASE |
| v. | ) | |
| | ) | |
| NATALIE BAKER LYNCH | ) | |
| | ) | |

This matter is before the Court on Ms. Lynch's unopposed request for six (6) hours of release from the custody of the U.S. Marshall by and through the Wake County Jail to attend her daughter's Tribal Graduation in Warrenton, N.C.

For good cause shown, the motion for release from custody for six (6) hours is GRANTED.

Ms. Lynch shall be released from the Wake County Jail by 4:30 p.m. on June 3, 2022 and must be returned by 10:30 p.m. that same evening.

Ms. Lynch will be released to Jimmy Mason, Takya Baker's biological father.

SO ORDERED, this the ___25___ day of May, 2022.

JAMES C. DEVER III
United States District Judge